[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 14, 2008
THOMAS K. KAHN
CLERK

No. 07-10782
Non-Argument Calendar

_____

D. C. Docket No. 06-00303-CR-T-30-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY RIDER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 14, 2008)**

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Mark Ciaravella, appointed counsel for Anthony Rider in this appeal of

Rider's conviction and sentence for child enticement, in violation of 18 U.S.C. § 2422, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rider's conviction and sentence are **AFFIRMED**.